JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Lopez,<br><br>    Plaintiff,<br><br>    v.<br><br>Roosevelt R. Ragland, in his individual and representative capacity as trustee of the Roosevelt R Ragland Trust; HSK Bistro, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: CV 13-07435-DMG (PJWx)<br><br>**ORDER RE DISMISSAL**<br>**[28, 29]** |

Having reviewed the parties' Stipulations and good cause appearing therefor, this action is hereby ordered dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

The Final Pretrial Conference on March 24, 2015 and the Jury Trial on April 21, 2015 are hereby VACATED.

DATED: December 11, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1

Order re Dismissal     Case: 2:13-CV-07435-DMG-PJW